IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEFFREY A. ANDERSON,<br><br>        Defendant. | 4:12CR3083<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to reschedule, (filing no. 43), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 38), will be held before the undersigned magistrate judge on November 19, 2012 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

November 5, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge