IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CR3083 |
| vs. | |
| JEFFREY A. ANDERSON, | MEMORANDUM AND ORDER |
| Defendant. | |

IT IS ORDERED:

1) Government's motion to reschedule hearing, (filing no. 53), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 38), and motion to dismiss, (filing 45) will be held before the undersigned magistrate judge on November 30, 2012 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

November 19, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge